# EXHIBIT A

## SETTLEMENT AGREEMENT AND RELEASE

1.      This Agreement covers all understandings between KAYLA KACZOR (hereinafter referred to as "Plaintiff" a term which includes Plaintiff's successors, beneficiaries, personal representatives, and heirs) and ALBANESE ENTERPRISES, INC., FAMILY ENTERTAINMENT, LLC, and KLODIAN FERRA (hereinafter referred to as "Defendants" a term which includes each and every officer, director, employee, agent, parent corporation or subsidiary, affiliate or division, its successors, assigns, beneficiaries, servants, legal representatives, insurers and heirs). Plaintiff and Defendants are collectively referred to as the "Parties."

2.      For and in consideration of the promises outlined in Paragraph 3 of this Agreement, the Parties agree as follows:

   A.   Plaintiff agrees to settle and release any and all claims and actions of any nature whatsoever, whether known or unknown, that Plaintiff may have against Defendants, including any claim for fraud in the inducement, wages, and those claims related to the transactions or matters which are the subject matter of the lawsuit CASE NO.: 3:19-cv-01426-BJD-MCR pending in the United States District Court for the Middle District of Florida, before Judge Brian Davis.

   B.   To agree and acknowledge that this settlement resolves a disputed claim and does not constitute an admission by Defendants of any violation of any federal, state, or local statute or regulation, or any violation of any of Plaintiff's rights or of any duty owed by Defendants to Plaintiff.

   C.   That the below-referenced amount paid by Defendants represents a sum to which Defendants would not have agreed to pay to absent this Agreement.

   D.   The Parties agree that Plaintiff shall file a Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within five (5) calendar days after the approval of this Settlement Agreement by the Court, and the receipt of the settlement check(s) described in Paragraph 3 below have been received by Plaintiff and her counsel, to the extent that the Court does not dismiss the action with prejudice upon approval of this Agreement. The Parties further agree that they will submit a Joint Motion seeking approval of this Settlement Agreement, and that they characterize the settlement as one that affords Plaintiff appropriate relief, as required by the FLSA, given the facts and circumstances of this matter.

3.      For and in consideration of the promises made by the Parties in Paragraph 2 of this Agreement, Defendants agree to pay to Plaintiff and Plaintiff's counsel, Morgan & Morgan, P.A., the total consideration of $4,000.00 within 10 business days of the Court's approval of this Settlement Agreement, and will be paid as follows: (i) one check to "Kayla Kaczor" in the amount of the amount of $1,150, representing unpaid wages; (ii) one check to "Kayla Kaczor" in the amount of $1,150, representing liquidated damages, for which Plaintiff agrees she is responsible for any taxes due; (iii) one check to "Kayla Kaczor" in the amount of $100 representing consideration for the

release in Paragraph 2A of this Agreement; and (iv) one check to "Morgan & Morgan, P.A." in the amount of $1,600.00, representing attorney's fees and costs. ***Plaintiff specifically is aware of, and agrees with, the amount of attorneys' fees and costs to be paid to her counsel for representing her interests in this matter.***

      4.      The Parties expressly agree and acknowledge that this settlement is the compromise of a disputed claim and does not constitute an admission by any party of any violation of any federal, state, or local statue or regulation, or any violation of any of a party's rights or of any duty owed by one party to the other.

      5.      In the event that Plaintiff or Defendants commences an action for damages, injunctive relief, or to enforce the provisions of the Agreement, the prevailing party in any such action shall be entitled to an award of its reasonable attorney's fees and all costs, including appellate fees and costs, incurred in connection therewith as determined by the court in any such action.

      6.      Plaintiff and Defendants agree that this Settlement Agreement is entered into knowingly and voluntarily, after having the opportunity to fully discuss it with an attorney.  Having had the opportunity to obtain the advice of legal counsel to review, comment upon, and redraft the Agreement, the parties agree that the Agreement shall be construed as if the parties jointly prepared it so that any uncertainty or ambiguity shall not be interpreted against any one party and in favor of the other.

      7.      This Agreement supersedes all prior agreements and understandings between Plaintiff and Defendants.  No cancellation, modification, amendment, deletion, addition, or other changes in this Agreement or any provision hereof or any right herein provided shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Plaintiff and an authorized representative of Defendants.

      8.      Should any provision of this Agreement, but for the release set forth in Paragraph 2, be declared or determined by any court of competent jurisdiction to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby and said illegal or invalid part, term or provision shall be deemed not to be a part of this Agreement and all other valid provisions shall survive and continue to bind the parties.

      9.      This Agreement may be executed in any number of counterparts, each of which when executed and delivered shall constitute a duplicate original, but all counterparts together shall constitute a single agreement.

      10.      This Agreement may be executed by way of facsimile or email or electronic signature, and if so, shall be considered an original.

      11.      The law governing this Agreement shall be that of the United States and the State of Florida.

DATE: Sep 16, 2020            Signature: _____
                                         Kayla Kaczor (Sep 16, 2020 10:47 EDT)
                                         KAYLA KACZOR

DATE: 9/2█                               ███████████
                                         ENTERPRISES, INC.

DATE: 9/2█                               ███████████
                                         ███TERTAINMENT, LLC

DATE: 9/2█                               ███████████
                                         █A

███ BLANK

{00382568 1}                    3