UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KAYLA KACZOR,

      Plaintiff,

v.                               Case No.: 3:19-cv-1426-J-39MCR

ALBANESE ENTERPRISES, INC.,
d/b/a PARADISE GENTLEMEN'S
CLUB, a Florida Profit Corporation,
FAMILY ENTERTAINMENT, LLC,
d/b/a LIVE BAR, a Florida Limited
Liability Company, and KLODIAN
FERRA, individually,

      Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 28; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on December 31, 2020. In the Report, the Magistrate Judge recommends that the Court grant the Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 25). Report at 7. No party filed an objection to the Report and the time to do so has passed. Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no

specific objections to findings of fact are filed, the district judge is not required to conduct a *de novo* review of those findings. See <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see also</u> 28 U.S.C. § 636(b)(1). Further, if no objections to a magistrate judge's report and recommendation are filed, the district court reviews legal conclusions only for plain error and only if necessary in the interests of justice. <u>Shepherd v. Wilson</u>, 663 F. App'x 813, 816 (11th Cir. 2016); <u>see also</u> <u>Mitchell v. United States</u>, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." <u>Symonette v. V.A. Leasing Corp.</u>, 648 F. App'x 787, 790 (11th Cir. 2016) (citing <u>Farley v. Nationwide Mut. Ins. Co.</u>, 197 F.3d 1322, 1329 (11th Cir. 1999)). Upon independent review of the entire record, the undersigned finds no plain error in the Report.

Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 28) is **ADOPTED** as the opinion of the Court.

2. The parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 25) is hereby **GRANTED**.

3. The Settlement Agreement and Release (Doc. 25-1) is **APPROVED** as a fair and reasonable compromise of Plaintiff's FLSA claim.

4. This case is **DISMSSED with prejudice**.

5. The Clerk of the Court is **DIRECTED** to terminate all deadlines and motions, and to close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 23" day of February, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record
Unrepresented Parties

*ap*